## LONG *v.* THE STATE.

From the Morgan Circuit Court.

*J. H. Jordan, G. W. Grubbs* and *M. H. Parks,* for appellant.

*A. M. Cunning,* Prosecuting Attorney, and *C. A. Buskirk,* Attorney General, for the State.

BIDDLE, J.—This case is legally the same as *Long* v. *The State, ante,* p. 133, decided at the present term.

The judgment is affirmed, with costs.

───────◆───────

## WILSON ET AL. *v.* THE COUNTY LINE AND CHAPEL TURNPIKE CO. ET AL.

From the Shelby Circuit Court.

*K. M. Hord* and *A. Blair,* for appellants.

*B. F. Love* and *T. W. Woollen,* for appellees.

PERKINS, C. J.—This case presents the same questions as are presented in the case of *Worland* v. *The County Line, etc., Turnpike Co., ante,* p. 597, decided at this term, and is reversed for the reason given in that case.

Reversed, with costs, and cause remanded.